**SROURIAN LAW FIRM, P.C.**
Daniel Srourian, Esq. (SBN 285678)
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com
*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PAYACTIV, INC. DATA BREACH LITIGATION | Case No.: 5:25-CV-08476-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Susan Toth, Ashley Baker, Jessenia Gomez, Lillie Stokes, Blake Mijangos, Melea Akers, Emily Bernard, and Erik Hanson ("Plaintiffs") hereby give notice that their claims in this action against Defendant Payactiv, Inc. ("Defendant") are voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: April 8, 2026

By: *<u>/s/ Daniel Srourian</u>*
**SROURIAN LAW FIRM, P.C.**
Daniel Srourian (SBN 285678)
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Kristen Lake Cardoso (SBN #338762)
KOPELOWITZ OSTROW P.A.
1 W Las Olas Blvd, Suite 500

Ft. Lauderdale, FL 33301
Telephone: (954) 525-4100
Email: cardoso@kolawyers.com
Michael F. Ram, CA Bar No. 104805
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

*Attorneys for Plaintiffs and the Proposed*